**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

MARTHA A. DOWLING,

        **Plaintiff,**

    **vs.**                       **Civil Action 2:05-CV-98
Judge Marbley
Magistrate Judge King**

LITTON LOAN SERVICING LP,

        **Defendant.**

<u>**ORDER**</u>

       This case was filed on January 28, 2005.

       It does not appear that service of process has been completed. *See* Rule 4(m), F.R. Civ. Pro.

       Plaintiff is **ORDERED** to show cause, within eleven (11) days of the date of this Order, why the action should not be dismissed.

<u>May 9, 2005</u>                           *s/Norah McCann King*
                                  Norah M<sup>c</sup>Cann King
                       United States Magistrate Judge